UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMAN ROSE,<br><br>           Plaintiff,<br><br>      v.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>           Defendants. | Case No. C20-5949RSM<br><br>ORDER REFERRING CASE TO NINTH CIRCUIT MEDIATOR |

This matter comes before the Court *sua sponte*. Given the procedural history, the Court has determined that this case would benefit from mediation and is referring this matter to the Circuit Mediation Office of the Ninth Circuit Court of Appeals. A representative of that office will contact counsel for all parties within seven days to schedule a conference call. All future motions or other pleadings that relate to this mediation are to be copied to ca09_Mediation@ca9.uscourts.gov. Information about the Ninth Circuit Mediation Program can be found at www.ca9.uscourts.gov. Any mediation plan agreed to by the parties shall be promptly filed with the Court.

IT IS SO ORDERED.

DATED this 24th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER REFERRING CASE TO NINTH CIRCUIT MEDIATOR - 1