**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORMAN ROSE,<br><br>    Plaintiff,<br><br>vs.<br><br>C R BARD INC. AND BARD PERIPHERAL VASCULAR INC.,<br><br>    Defendants. | NO. 3:20-CV-05949-RSM<br><br>ORDER GRANTING DISMISSAL WITHOUT PREJUDICE<br><br>**Clerk's Action Required**<br><br>**Note on Motion Calendar: December 28, 2020** |

The Court has considered the Joint Stipulation of Dismissal without Prejudice of Plaintiff Norman Rose, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Stipulation of Dismissal Without Prejudice of Norman Rose be granted. The claims of Norman Rose are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 29th day of December, 2020.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DISMISSAL WITHOUT PREJUDICE - NO. 3:20-CV-05949-RSM    - 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Rose C19-5949 order granting dismissal/122920 1019/8284-0034